# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CAMARA DE MERCADEO, INDUSTRIA Y DISTRIBUCION DE ALIMENTOS, ET AL.<br><br>     Plaintiffs,<br><br>     v.<br><br>BERNARDO VAZQUEZ, ET AL.<br><br>     Defendants. | CIVIL NO. 11-1978 (BJM) |

## FINAL JUDGMENT

Defendants are enjoined from collecting enhanced security fees from shipping operators that are not being scanned pursuant to Regulation No. 8067.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 16th day of October, 2013.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge